IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ROSANE MADONDO, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN JU AND FM | § § § § | |
| v. | § § § | NO. 9:19-CV-99-RC-ZJH<br><br>JUDGE RON CLARK |
| NMP-STONE CREEK LLC, JORDAN BROADWAY | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court has received Judge Hawthorn's report on October 21, 2019, which recommends denying Plaintiff's Motion to Remand. [Dkt. #15]. Neither party filed any objections to Judge Hawthorn's report and recommendation, and the time for so doing has passed.

In accordance with 28 U.S.C. § 636(b), the court conducted a *de novo* review of the Magistrate Judge's findings, the record, and the applicable law in this proceeding. After review, the court finds that Judge Hawthorn's findings and recommendations should be accepted.

Accordingly, the the Magistrate Judge's report and recommendation [Dkt. #15] is **ADOPTED**, and Plaintiff's Motion to Remand [Dkt. #6] is **DENIED**.

So **ORDERED** and **SIGNED** January 11, 2020.

_____
Ron Clark, Senior District Judge