**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ROSANE MADONDO, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, JU AND FM § § § § | |
| v. § | CIVIL ACTION NO. 9:19-cv-99 |
| NMP-STONE CREEK LLC AND JORDAN BROADWAY § § § § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION RE SETTLEMENT

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for consideration. The Report and Recommendation of Judge Hawthorn, which contains his findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the District Court approve the terms of the settlement agreement and enter the proposed agreed judgment. (Doc. #31).

Having considered the magistrate judge's report and the lack of opposition to his findings and recommendation, the court **ORDERS** that the Report and Recommendation (Doc. #31) is **ACCEPTED**. The court adopts the magistrate judge's specific findings and recommendations set forth in the report and incorporates them herein. The court will issue an order of dismissal and final judgment separately.

**So Ordered and Signed**
**Jun 26, 2020**

_Ron Clark_
Ron Clark
Senior Judge